IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KAREN HENRY CATER                                                            PLAINTIFF

VS.                                  CASE NO. 06-1073

JO ANNE B. BARNHART,
Commissioner, Social Security
Administration                                                               DEFENDANT

## **ORDER**

Comes now the Court on this 27th day of November, 2006, upon being well and duly advised, the undersigned finds as follows:

Plaintiff filed her complaint on July 10, 2006. (Doc. No. 1). The Commissioner filed her answer on September 15, 2006. (Doc. No. 5). Plaintiff filed a Motion to Dismiss her appeal on October 2, 2006. (Doc. No. 7).

Therefore, upon the request of the Plaintiff, Plaintiff's Motion to Dismiss is hereby granted, and the Complaint is hereby dismissed.

IT IS SO ORDERED.

    /s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge